JAN-04-2007   11:30

DOUGLAS L. RAPPAPORT (SBN 136194)
MICHELLE M. THOMSON (SBN 193658)
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
THAO TRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THAO TRAN,

    Defendant.

No. CR 06-0644 CRB

**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE**

THE PARTIES HEREBY STIPULATE that following discussions with U.S. Pretrial Services who are in agreement, that the conditions of release shall be modified in the following manner:

1. The electronic monitoring of Defendant THAO TRAN shall be removed.

2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: 01-04-07

DOUGLAS L. RAPPAPORT
Attorney for Defendant
THAO TRAN

Dated:

KIRSTIN AULT
Assistant U.S. Attorney

TOTAL P.02

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THAO TRAN,

Defendant.

No. CR 06-0644 CRB

**ORDER MODIFYING CONDITIONS OF RELEASE**

This matter having come before the Court upon Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The electronic monitoring of Defendant THAO TRAN shall be removed.

2. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: January 8, 2007



IT IS SO ORDERED

Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE