DOUGLAS L. RAPPAPORT, SBN 136194
The Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
Tel. (415) 989-7900
Fax. (415) 989-7950

Attorney for Defendant
THAO TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THAO TRAN, et al.,

    Defendants.

No. CR-06-0644-CRB

[Proposed] ORDER EXONERATING PROPERTY BOND

### ORDER OF THE COURT

IT IS HEREBY ORDERED that the property bond in the above referenced matter is ordered exonerated.

Reviewed and Approved:

_____
DOUGLAS L. RAPPAPORT
Attorney for Defendant

_____
KIRSTEN AULT,
Assistant U.S. Attorney

Dated: __May 5, 2008__

_____
Hon. CHARLES BREYER
U.S. DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer